UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HECTOR DOMINGUEZ-GABRIEL,

        Petitioner,                    Case No. 1:21-cv-217

v.                                        Honorable Paul L. Maloney

STEPHEN SPAULDING,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction because Petitioner is not entitled to bring a § 2241 challenge to his sentence under the savings clause of § 2255(e).

Dated:   March 17, 2021                         /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge